Order; Dissent to Order by Judge BEA; Opinion by Judge WILLIAM A. FLETCHER; Dissent to Opinion by Judge RAWLINSON.
ORDER
The opinion filed December 16, 2011, and published at 663 F.3d 1100, is amended as follows:
On page 1107, right column, lines 16-19: delete <The district court stayed proceedings, including disposition of the motion for class certification, pending our decisions
On page 1121, left column, line 10: change <obviously > to <likely >
On page 1121, left column, lines 17-19: change <The district court stayed its decision on class certification pending our ruling on appeal. > to <At the time we reviewed this appeal, the district court had yet to rule on Plaintiffs’ motion for class certifications
With these amendments, Judges Reinhardt and W. Fletcher have voted to deny Plaintiffs-Appellants’ petition for rehearing and Defendants-Appellees’ petition for rehearing and petition for rehearing en banc. Judge Rawlinson has voted to deny Plaintiff-Appellants’ petition for rehearing and to grant Defendants-Appellees’ petition for rehearing and petition for rehearing en banc.
A judge of the court called for a vote on the petition for rehearing en banc. A vote was taken, and a majority of the active judges of the court failed to vote for en banc rehearing. Fed. R.App. P. 35(f).
The petitions for rehearing and the petition for rehearing en banc are DENIED. No further petitions for rehearing or for rehearing en banc may be filed. The mandate shall be issued forthwith.